**VIRAJ PROFILES LIMITED,**
Appellant

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee

Valbruna Slater Stainless, Inc., Valbruna Stainless Inc., Acciaierie Valbruna S.P.A., Intervenors

2016-2482

United States Court of Appeals, Federal Circuit.

September 11, 2017

ROBERT A. JAFFE, Kutak Rock LLP, Washington, DC, argued for appellant. Also represented by LIZBETH ROBIN LEVINSON.

LUCY GRACE D. NOYOLA, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

STEFAN MENTZER, White & Case LLP, New York, NY, argued for intervenors. Also represented by DIMITRIOS T. DRIVAS; GREGORY J. SPAK, JAMES P. GAGEN, TING-TING KAO, SONIA W. MURPHY, Washington, DC.

(Dyk, Linn, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**